Margaret F. SMITH, wife of/and Bachman
Smith and United States Cas-
ualty Company.

No. 50299.

Jan. 9, 1970.

In re: Margaret Smith and United States Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So. 2d 85.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

229 So.2d 737

LAKE PROVIDENCE EQUIPMENT
COMPANY, Inc.

v.

TALLULAH PRODUCTION CREDIT
ASSOCIATION, et al.

No. 50275.

Jan. 9, 1970.

In re: Lake Providence Equipment Company, Inc., applying for certiorari, or writ of review to the Court of Appeal, Second Circuit, Parish of East Carroll. 228 So.2d 315.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.